# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CAROLYN FORBES, | : No. 144 EAL 2020 |
| | : |
| Petitioner | : |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| KING SHOOTERS SUPPLY, WISTA, INC.; | : |
| KING SHOOTERS SUPPLY, INC., HAVEN | : |
| BEHAVIORAL HOSPITAL OF | : |
| PHILADELPHIA AND HAVEN | : |
| BEHAVIORAL HEALTHCARE, INC., | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 16th day of October, 2020, the Petition for Allowance of Appeal is

**DENIED**.